AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

| | | |
|---|---|---|
| HARVEY PATRICK SHORT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:10CV28 |
| JOE MANCHIN, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

X other:   Magistrate Seibert's Report and Recommendation is adopted; Plaintiff's Motion for Leave to Proceed in forma pauperis is denied; all remaining pending motions are denied as moot; this civil action is denied and dismissed without prejudice and judgment is entered for the Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   Dec 2, 2010                                   CLERK OF COURT

                                                      C. Daniels
                                                      *Signature of Clerk or Deputy Clerk*